

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,947-01

### EX PARTE MELVIN LEE WALLACE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR-24-1628-E-WHC1 IN THE 453RD DISTRICT COURT
### HAYS COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of assault family violence–repeat offender and sentenced to thirty years' imprisonment. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal through no fault of his own. Applicant argues that he, therefore, should be allowed to file an out-of-time appeal. The State agrees that Applicant is entitled to an out-of-time appeal.

Relief is granted. Applicant may file an out-of-time appeal of his conviction in cause number CR-24-1628-E from the 453rd District Court of Hays County. Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is

indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: September 24, 2025
Do not publish